176 F.3d 473
 Pens. Plan Guide (CCH) P 23952Y
United Food and Commercial Workers and Participating Food
Industry Employers Tri-State Health & Welfare Fund, Irv
String, J. Fred Maurer, as Trustees and Fiduciaries of
United Food and Commercial Workers and Participating Food
Industry Employers Tri-State Health & Welfare Fund
v.
Cinnaminson Supermarket, Inc., t/a Cinnaminson Shop N Bag,
Mark Basher, Gary Cuilino, j/s/a; United Food and
Commercial Workers Local 56 Retail Meat
Pension Fund, Howard J.
Williams, J. Fred
 NO. 98-5452
 United States Court of Appeals,
Third Circuit.
 January 29, 1999
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.